**FILED**

June 13, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
        )
      Plaintiff,    )
        )
v.        )
        )
SHEENA PATRICE ADRIANNA    )
AVILA,    )
        )
      Defendant.

Case No. Cr.S-06-0187-DFL

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SHEENA PATRICE ADRIANNA AVILA,

Case No. Cr.S-06-0187-DFL, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of $_____

    \_X\_    $25,000.00 Unsecured Appearance Bond

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond with Surety

    \_\_    Corporate Surety Bail Bond

    \_X\_    (Other)  Conditions as stated on the record

    \_X\_    (Other)  Defendant is to be released directly to Pretrial Services on 06/14/06 at

9:00 am

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 13, 2006</u> at <u>11:05 a.m.</u>

                By

                Kimberly J. Mueller
                United States Magistrate Judge