UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 10, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEENA PATRICE ADRIANNA AVILA,<br><br>Defendant. | Case No. 2:06-CR-00187-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SHEENA PATRICE ADRIANNA AVILA , Case No. 2:06-CR-00187-TLN  Charge 18 U.S.C. § 3606, from custody for the following reasons: the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        (Other): Ordered released on the terms and conditions

  **X**  stated on the record. The defendant is ordered to

        _____ participate in counseling.

Issued at Sacramento, California on July 10, 2014 at 10:13 AM.

By: *[signature]*

District Judge Troy L. Nunley