1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   428 J Street, Suite 359
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160
    Facsimile:  (916) 447-2988
4

5   Attorneys for:
    SHEENA AVILA
6

7                IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO.  2:06-CR-00187 TLN

11                     Plaintiff,          STIPULATION AND ORDER TO CONTINUE
                                           CASE TO SEPTEMBER 11, 2014
12              v.

13  SHEENA AVILA
                       Defendant.
14

15                          **STIPULATION**

16      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

17  through her counsel of record, hereby stipulate as follows:

18      1.    By previous order, this matter was set for dispositional hearing on August 14, 2014.

19      2.    By this stipulation, defendant now moves to continue dispositional hearing until

20  September 11, 2014, at 9:30 a.m.  Plaintiff does not oppose this request.

21      3.    The parties agree and stipulate, and request that the Court find the following:

22          a)    Counsel for defendant will be out of the Country on the currently scheduled date

23  and desires additional time to consult with her client, and continue to negotiate with the

24  government and the Probation Officer.

25          b)    Counsel for defendant believes that failure to grant the above-requested

26  continuance would deny them the reasonable time necessary for effective prepare for the

27  dispositional hearing.

28          c)    The government and Probation Officer, Wendy Reyes does not object to the

    Stipulation and Order – Dispo Hearing          1

1   continuance.

2

3        IT IS SO STIPULATED.

4   Dated:  July 31, 2014                          BENJAMIN B. WAGNER
                                                   United States Attorney
5

6                                                   /s/ Christian Highsmith
                                                   CHRISTIAN HIGHSMITH
7                                                  Assistant United States Attorney

8   Dated:  July 31, 2014                          /s/   Dina L. Santos
                                                   DINA SANTOS, ESQ.
9                                                  Attorney for Sheena Avila

10

11

12

13

14                              **ORDER**

15        IT IS SO FOUND AND ORDERED this 31st day of July, 2014

16

17

18

19        _____
                      Troy L. Nunley
20                    United States District Judge

21

22

23

24

25

26

27

28

Stipulation and Order – Dispo Hearing          2