Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile:  (916) 447-2988

Attorneys for:
SHEENA AVILA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR. S-06-00187 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CASE TO OCTOBER 30, 2014 |
| v. | |
| SHEENA AVILA | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for dispositional hearing on October 9, 2014.

2. By this stipulation, defendant now moves to continue dispositional hearing until October 30, 2014. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant will be out of the Country on the currently scheduled date and desires additional time to consult with her client, and continue to negotiate with the government and the Probation Officer.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective prepare for the dispositional hearing.

    c) The government and Probation Officer, Wendy Reyes does not object to the

Stipulation and Order – Dispo Hearing                1

continuance.

IT IS SO STIPULATED.

Dated:  October 6, 2014                         BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Christian Highsmith
                                                CHRISTIAN HIGHSMITH
                                                Assistant United States Attorney

Dated:  October 6, 2014                         /s/   Dina L. Santos
                                                DINA SANTOS, ESQ.
                                                Attorney for Sheena Avila

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of October, 2014

Troy L. Nunley
United States District Judge

Stipulation and Order – Dispo Hearing            2